IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division)          **CRIMINAL MINUTES**

 08/ 1070  /          Date:  October 27, 2009
Yr  Case No.  Dft#

 X  Hon. RANER C. COLLINS   #7024

USA v.     ALLEN MICHAEL DONAHUE
          FIRST NAME       MIDDLE NAME        LAST NAME
DEFENDANT:  X Present  ____Not Present  X Released  ____Custody ____Writ

Deputy Clerk:  Maureen Gorski          Crt Reporter: Erica Grund

U. S. Atty: Ann DeMarais          Dft Atty: Leslie Bowman
            Kimberly Hopkins        X  pres      x  appt.     ____ret'd
Intrptr: N/A
==================================================================
_____Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
    B/W issued, dft to be held without bail

**PROCEEDINGS:**        XX  JURY TRIAL          _____COURT TRIAL

 XX  Jury trial held    1st day

 XX  Case continued to October 28, at 9:40 a.m. . for further jury trial.

 XX  MOTIONS: Prior to jury selection. **ORDERED GRANTING** in part and **DENYING**
Government's Motion in Limine re: declined prosecution of Sonny Reino (#106),
can only bring up that Reino was not arrested; **GRANTING** in part and **DENYING** in
part Defendant's Motion in Limine re: canine. (#113), can only say that there
is not a drug detection canine stationed at the stop area.  The Court adopts
the Magistrate   Judge's Report and Recommendation (#107) and **DENIES**
Defendant's Motion to  Dismiss for Vindictive Prosecution (#91)

_____Jury retires to deliberate at _____

_____Jury RETURNS WITH VERDICT(s) at_____      _____Court finds
       _____ GUILTY as to Count(s)_____

_____ ORDER mistrial declared

_____ Jury polled        _____ Jury not polled/waived

_____ Continued for sentencing to:_____

_____ ORDER defendant to remain released pending sentence / REMANDED to Marshal

 XX  Other:  Counsel agree to alternate strikes and the selection of the
alternate. 13 jurors selected to hear the case.  Jury list is SEALED and
filed in the jury office.

Following recess discussion out of presence of the jury concerning the
forensic toxicologist.

All 13 jurors are present. Rule invoked.  Witnesses are sworn and examined
(See separate list) Exhibits marked and admitted (See separate list)